CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

      450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
      Telephone: (415) 436-6401
      FAX: (415) 436-7234
      Aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 26-cr-00090 CRB |
|     Plaintiff, | JOINT MOTION TO CONTINUE; STIPULATION TO EXCLUDE TIME FROM JUNE 24, 2026, TO AUGUST 18, 2026, AND [~~PROPOSED~~] ORDER |
|     v. | |
| JENNIFER VACA, | |
|     Defendant. | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JENNIFER VACA, that time be excluded under the Speedy Trial Act from June 24, 2026, through August 18, 2026.

At the status conference held on May 7, 2026, the parties requested that a hearing be set for June 24, 2026, since the defense was still reviewing discovery and the parties had hoped that they may be able to reach a resolution by that date. The Court excluded time under the Speedy Trial Act through June 24, 2026. The government now expects to obtain an indictment in this case, and the parties do not expect to reach a resolution. Accordingly, the parties wish to continue the June 24, 2026 hearing to August 18, 2026, for a trial-setting hearing. The government estimates that trial in this case would last no longer than one week. Given the posture of this case and the need to prepare for trial, the parties

STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER                  v. 9/18/2025
Case No. 26-cr-00090 CRB                 1

again request that the Court exclude time under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.

For this reason, the parties stipulate and agree that excluding time until August 18, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further stipulate and agree that the ends of justice served by excluding the time from June 24, 2026, through August 18, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: June 15, 2026
_____/s/_____
ASEEM PADUKONE
Assistant United States Attorney

DATED: June 15, 2026
_____/s/_____
ERICK GUZMAN
Counsel for Defendant JENNIFER VACA

**[PROPOSED] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from June 24, 2026, through August 18, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from June 24, 2026, to August 18, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the status conference set for June 24, 2026 is continued to August 18, 2026, and that the time from June 24, 2026, through August 18, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED:   June 16, 2026

CHARLES R. BREYER
Senior United States District Judge