CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6401
FAX: (415) 436-7234
Aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER VACA,<br><br>Defendant. | NO. 26-cr-00090 CRB<br><br>STIPULATION TO EXCLUDE TIME FROM AUGUST 26, 2026, TO SEPTEMBER 23, 2026, AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JENNIFER VACA, that time be excluded under the Speedy Trial Act from AUGUST 26, 2026, through SEPTEMBER 23, 2026.

The Court previously excluded time for effective preparation of counsel through August 26, 2026, the scheduled date of the status hearing. The Court continued the status hearing to September 23, 2026 due to its unavailability for the originally scheduled August 26, 2026 date. The government intended to request a trial date at the August 26 hearing, and will do so at the September 23, 2026 hearing instead. The government estimates that trial in this case would last no longer than one week. Given the posture of this case and the need to prepare for trial, the parties again request that the Court exclude time under the Speedy Trial Act so that defense counsel could continue to prepare, including by

reviewing the discovery already produced.

For this reason, the parties stipulate and agree that excluding time until SEPTEMBER 23, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from AUGUST 26, 2026, through SEPTEMBER 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: August 28, 2026

/s/
ASEEM PADUKONE
Assistant United States Attorney

DATED: August 28, 2026

/s/
ERICK GUZMAN
Counsel for Defendant JENNIFER VACA

**~~[PROPOSED]~~ ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from AUGUST 26, 2026, through SEPTEMBER 23, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from AUGUST 26, 2026, to SEPTEMBER 23, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from AUGUST 26, 2026, through SEPTEMBER 23, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: August 28, 2026

CHARLES R. BREYER
Senior United States District Judge