CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

ASEEM PADUKONE (CABN 298812)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6401
FAX: (415) 436-7234
Aseem.padukone@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JENNIFER VACA,<br><br>Defendant. | NO. 26-cr-00090 CRB<br><br>STIPULATION TO EXCLUDE TIME FROM SEPTEMBER 23, 2026, TO NOVEMBER 5, 2026, AND [~~PROPOSED~~] ORDER |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant JENNIFER VACA, that time be excluded under the Speedy Trial Act from SEPTEMBER 23, 2026, through NOVEMBER 5, 2026.

The Court previously excluded time for effective preparation of counsel through August 26, 2026, the original scheduled date of the status hearing. The Court continued the status hearing to September 23, 2026 due to its unavailability for the originally scheduled August 26, 2026 date. The Court again continued the status hearing to November 5, 2026 due to unexpected unavailability for the September 23, 2026 date. The government intended to request a trial date at the August 26 and September 23, 2026 hearings. It will do so at the November 5 hearing instead. The government estimates that trial in this case would last no longer than one week. Given the posture of this case and

the need to prepare for trial, the parties again request that the Court exclude time under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced.

For this reason, the parties stipulate and agree that excluding time until NOVEMBER 5, 2026, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from SEPTEMBER 23, 2026, through NOVEMBER 5, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: September 24, 2026

/s/
ASEEM PADUKONE
Assistant United States Attorney

DATED: September 24, 2026

/s/
ERICK GUZMAN
Counsel for Defendant JENNIFER VACA

**[~~PROPOSED~~] ORDER**

Based upon the facts set forth in the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time from SEPTEMBER 23, 2026, through NOVEMBER 5, 2026, would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from SEPTEMBER 23, 2026, to NOVEMBER 5, 2026, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from SEPTEMBER 23, 2026, through NOVEMBER 5, 2026, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 27, 2026

CHARLES R. BREYER
Senior United States District Judge